motion to dismiss the petition denied, with leave to the respondents to move to adjourn the proceedings on the petition until the determination of the pending appeals. [See *post*, p. 976.] No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for the Widenings of Southern Boulevard, from East 138th Street to Whitlock Avenue; Whitlock Avenue, from Southern Boulevard to Leggett Avenue and from Hunts Point Avenue to Eastern Boulevard, and Eastern Boulevard, from Whitlock Avenue to Middletown Road, Excepting Those Portions of Eastern Boulevard That Are Laid Out Across Bronx River and Westchester Creek; Where the Title to Be Acquired Shall Be an Easement Which Will Enable the CITY OF NEW YORK to Construct Bridges Carrying Eastern Boulevard over These Waterways, in the Borough of the Bronx, City of New York. KESBEC, INC., Appellant; CITY OF NEW YORK and JENNIE R. TRIPLETT, as Administratrix, etc., of ROSELLA I. WILLIAMS, Deceased, Respondents. — Decree, so far as appealed from, unanimously affirmed, with costs to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ARCHIE M. ANDREWS, on His Own Behalf and as Director of HUPP MOTOR CAR CORPORATION for the Benefit of Defendant Corporation, and AFFILIATED EQUITIES, INC., on Its Own Behalf as Stockholder and on Behalf and for the Benefit of All Other Stockholders of Said Corporation Similarly Situated, and for the Benefit of Defendant Corporation, Respondents, v. HUPP MOTOR CAR CORPORATION, Appellant, and HIRAM J. HALLE, Respondent.— Judgment and order unanimously affirmed, with costs to the defendant-respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ILONA HABERFELD, Appellant, v. JOSEPH HABERFELD, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

EUGENIE R. GARDNER, Also Known as DOROTHY R. GARDNER, Appellant, v. POWELL CRICHTON, as Executor, etc., of ARCHIBALD R. GARDNER, Deceased, Respondent, and MRS. HENRY C. GARDNER and Others, Defendants, Intervenors.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN B. CIESLIK, Respondent, v. BRONISLAWA CIESLIK and Others, Defendants, Impleaded with STEFAN NIKEL, Also Known as STEFAN NICKEL or STEFAN NIKIEL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

PARAGON PLUMBING SUPPLY CORP., Respondent, v. JOMAT REALTY CORP. and Others, Appellants, and JAMES AMADEI, as Trustee in Bankruptcy of BASIL E. CIRAOLO, Bankrupt, Defendant, and HEATING & PLUMBING FINANCE CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE MIRROR, Respondent, v. WILLIAM STANLEY MILLER and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.